UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN -7 P 3:41

| | | |
|---|---|---|
| United States Of America, | * | |
| | * | |
|     Plaintiff and | * | |
|     Judgment Creditor, | * | |
| | * | |
| v. | * Civil No. S-98-2884 | |
| | * | |
| Anthony G. Noakes, | * | |
| | * | |
|     Defendant and | * | |
|     Judgment Debtor, | * | |
| and | * | |
| | * | |
| Owens and Minor | * | |
| Attn: Payroll Department | * | |
| 4800 Cox Road | * | |
| Richmond, VA 23060, | * | |
| | * | |
|     Garnishee. | | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUN 12 P 3:08
CLERK'S OFFICE
AT BALTIMORE
DEPUTY

GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $6,402.03, plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Answer of the Garnishee was filed an May 3, 2002 reflecting that Defendant and Judgment Debtor is employed by the garnishee and stating his bi-weekly wage. The Garnishee further stated in the Answer of the Garnishee that there is a previous garnishment for child support in the amount of $60.78.

On or about <u>April 11, 2002,</u> the Defendant and Judgment Debtor was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay the sum of <u>19% of any payments</u> due to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgment Debtor or until further Order of this Court.

_June 12, 2002_  
Date

_[signature]_  
United States District Judge